**Order entered March 13, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01105-CV

**TEXAS CAPITAL HOLDINGS, LLC AND TCHF III, LP, Appellants**

**V.**

**MORBEN REALTY CO., INC., Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-04626**

## ORDER

Before the Court are appellee/cross appellant Morben Realty Co., Inc.'s February 27, 2018 motion to dismiss appellants' appeal for failure to file a brief and appellants' March 9, 2018 opposed first motion to extend time to file a brief. We **GRANT** appellants' motion and extend the time to file their brief to **March 26, 2018**. We **DENY** appellee's motion to dismiss.

/s/     DAVID EVANS
         JUSTICE